IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| CHARLES B. SANDERS, | § | |
| | § | |
| Defendant Below- | § | No. 240, 2018 |
| Appellant, | § | |
| | § | |
| v. | § | Court Below—Superior Court |
| | § | of the State of Delaware |
| STATE OF DELAWARE, | § | |
| | § | Cr. ID K9312012607 |
| Plaintiff Below- | § | |
| Appellee. | § | |

# **O R D E R**

This 2nd day of August 2018, it appears to the Court that the appellant's motion to proceed *in forma pauperis* in this appeal was denied by Order dated July 18, 2018. The appellant was instructed to pay the required fee by July 30, 2018 or else his appeal would be dismissed without further notice. The appellant has failed to pay the required fee. Dismissal, therefore, is deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED that the within appeal is DISMISSED.

BY THE COURT:

*/s/ Leo E. Strine, Jr.*

Chief Justice